UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILIANA LOPEZ, *on behalf of herself and all others similarly situated*,<br><br>        Plaintiff,<br><br>      -v.-<br><br>INESS COUTURE, INC.,<br><br>        Defendant. | 23 Civ. 687 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On February 9, 2023, the Court issued a Notice of Initial Pretrial Conference, setting forth a conference date of April 21, 2023.  (Dkt. #5).  Plaintiff filed proof of service upon Defendant on March 1, 2023, which set forth an answer date of March 17, 2023.  (Dkt. #6).  On March 21, 2023, Plaintiff filed a request on behalf of itself and Defendant (i) requesting an extension of time for Defendant to respond to the complaint to April 20, 2023, and (ii) indicating that the parties intended on engaging in settlement talks.  (Dkt. # 7).  This Court granted the request on March 21, 2023, and adjourned the initial pretrial conference from April 21, 2023, to May 18, 2023.  (Dkt. #8).  On April 11, 2023, the Court received a letter from Defendant requesting more time so that it could hire an attorney and/or continue settlement discussions with Plaintiff.  (Dkt. #9).  The Court granted the request that same day and adjourned the initial pretrial conference to August 3, 2023.  (Dkt. #10).

  Defendant has yet to appear in this case or file an answer.  As such, Plaintiff is directed to move for default against Defendant on or before **August**

**30, 2023**, and/or to file a status letter with the Court on or before **August 10, 2023**, to the extent settlement discussions are reaching their end.

The initial pretrial conference currently scheduled for August 3, 2023, is hereby ADJOURNED *sine die.*

SO ORDERED.

Dated:   August 2, 2023
        New York, New York

                                           KATHERINE POLK FAILLA
                                           United States District Judge